IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Williams, Daphne | Case Number: 04 B 20187 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 7/22/08 | Filed: 5/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 10, 2008
Confirmed: July 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,246.00 |  |
| Secured: |  | 7,652.49 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,068.00 |
| Trustee Fee: |  | 525.51 |
| Other Funds: |  | 0.00 |
| Totals: | 10,246.00 | 10,246.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,068.00 | 2,068.00 |
| 2. | Capital One | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 14,458.50 | 7,652.49 |
| 4. | Fingerhut Corporation | Unsecured | 28.92 | 0.00 |
| 5. | Drive Financial Services | Unsecured | 18.07 | 0.00 |
| 6. | Capital One | Unsecured | 53.83 | 0.00 |
| 7. | Aspire Visa | Unsecured | 37.35 | 0.00 |
| 8. | CFC Financial Corp | Unsecured | 60.37 | 0.00 |
| 9. | Empress Riverboat Casino | Unsecured | 234.80 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 69.95 | 0.00 |
| 11. | National Capital Management | Unsecured | 69.79 | 0.00 |
| 12. | Allen & Associates | Unsecured |  | No Claim Filed |
| 13. | Alliance One | Unsecured |  | No Claim Filed |
| 14. | Alliance One | Unsecured |  | No Claim Filed |
| 15. | Anderson Financial Network | Unsecured |  | No Claim Filed |
| 16. | Americash Loans, LLC | Unsecured |  | No Claim Filed |
| 17. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 18. | ECC Management Services | Unsecured |  | No Claim Filed |
| 19. | Black Expressions | Unsecured |  | No Claim Filed |
| 20. | CFC Financial Corp | Unsecured |  | No Claim Filed |
| 21. | Encore | Unsecured |  | No Claim Filed |
| 22. | Girl Scouts-Crossroad Council | Unsecured |  | No Claim Filed |
| 23. | PLS Financial | Unsecured |  | No Claim Filed |
| 24. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 25. | Harvard Collection Services In | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Williams, Daphne | Case Number: 04 B 20187 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/22/08 | Filed: 5/24/04 |

| | | | |
|---|---|---|---|
| 26. Highlights For Children | Unsecured | | No Claim Filed |
| 27. I C Systems Inc | Unsecured | | No Claim Filed |
| 28. First Consumers National Bank | Unsecured | | No Claim Filed |
| 29. University Of Phoenix | Unsecured | | No Claim Filed |
| 30. Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 31. RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 32. Professional Credit Services | Unsecured | | No Claim Filed |
| 33. Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 34. TCF Bank | Unsecured | | No Claim Filed |
| 35. Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 17,099.58 | $ 9,720.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 20.16 |
| 6.5% | 113.76 |
| 3% | 36.44 |
| 5.5% | 140.80 |
| 5% | 37.50 |
| 4.8% | 60.48 |
| 5.4% | 116.37 |
| | _____ |
| | $ 525.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

